UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
                                          :
LAFARGE CANADA INC. and LAFARGE           :
NORTH AMERICA INC.,                       :
                                          :
                          Plaintiffs,     :
                                          :
                    v.                    :     15-CV-8957 (RA)
                                          :
AMERICAN HOME ASSURANCE COMPANY,          :
AIG INSURANCE COMPANY OF CANADA,          :
and LEXINGTON INSURANCE COMPANY,          :
                                          :
          Defendants.                     :
                                          :
                                          :
———————————————————————x


## DECLARATION OF MICHAEL THOMAS

1.      I have been retained by Covington & Burling LLP to provide expert testimony in

this case.

2.      Attached as Exhibit 1 is a true and correct copy of the expert report that I prepared

and signed in this matter on March 20, 2017

3.      Exhibit 1 contains a true and correct statement of my background, opinions, and

the bases for my opinions in this matter concerning progressive property damage caused by

pyrrhotite oxidation and the delay of visible manifestation of such damage.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on _June 7, 2017_ in

_Roswell , GA_ .

Michael Thomas