# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/20

Via ECF

January 30, 2020

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2203
New York, NY 10007

**Re: Lafarge Canada Inc., et al., v. American Home Assurance Co., et al., No. 15-cv-8957**

Dear Judge Abrams:

This firm represents plaintiffs Lafarge Canada Inc. and Lafarge North America Inc. in the above-referenced action, which has been stayed pursuant to the Court's Opinion & Order dated March 31, 2018 (Dkt. No. 110). We submit this joint letter on behalf of all parties to request that the Court adjourn the status conference scheduled for Friday, February 7 to a date in June 2020.

In my letter to the Court dated October 11, 2019, the parties jointly requested that the Court set a status conference in February because the Quebec Court of Appeal had not yet ruled on the pending appeal of the Trois-Rivières "Wave 1" action and because the first phase of the trial of SNC Lavalin's contribution claims against Lafarge (the "Wave 1 Warranty" case) was still ongoing.

There still has been no rulings in the Wave 1 appeals, although it is hoped that the Court of Appeal will rule by the Spring.

The presentation of evidence in the first phase of the Wave 1 Warranty trial has concluded, but the parties have not yet made their closing arguments, which are currently scheduled for April. The judge in that case has indicated that he may wait to hear closing arguments until after the Court of Appeal has ruled, which might further delay those proceedings.

Because there have been no determinations affecting liability in the underlying litigation, the parties submit that, in the interest of judicial economy, it would be appropriate to adjourn the February 7 status conference until a date in June 2020, by which time there may have been decisions in the Wave 1 appeals and/or the Wave 1 Warranty case.

COVINGTON

Hon. Ronnie Abrams
January 30, 2020
Page 2

As has been the case with previous adjournments, the parties propose that they be permitted to apply for a lift of the Court's stay in this action before the proposed status conference should there be a development justifying such relief.

Respectfully submitted,

s/ Bert Wells

Bert Wells

cc: All counsel of record (by ECF)

---

Application granted. The status conference scheduled for February 7, 2020 is hereby adjourned to June 8, 2020 at 11:30 A.M. The parties shall submit a joint status letter no later than June 1, 2020.

SO ORDERED.

Hon. Ronnie Abrams
1/31/2020