UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAFARGE CANADA INC. and LAFARGE NORTH AMERICA, INC.,

            Plaintiffs,

v.

AMERICAN HOME ASSURANCE COMPANY, AIG INSURANCE COMPANY OF CANADA, and LEXINGTON INSURANCE COMPANY,

            Defendants.

15-cv-8957 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    A status conference is scheduled in this matter for December 9, 2022. By no later than December 7, 2022, the parties shall file a joint letter updating the Court on the status of this case and indicate whether a conference remains necessary.

SO ORDERED.

Dated:    December 5, 2022
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge