UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAFARGE CANADA INC. et al., <br><br> Plaintiffs, <br><br> -against- <br><br> AMERICAN HOME ASSURANCE COMPANY et al., <br><br> Defendants. | 15-cv-8957 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On February 26, 2024, the parties filed a letter motion to adjourn a conference. Dkt. 158. The Court granted the request the next day. Dkt. 159. But the motion remains open on ECF. The Clerk of Court is directed to close Dkt. 158.

SO ORDERED.

Dated: May 7, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge